## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DISTRICT

| | |
|---|---|
| LOIS MARKOFF, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 09 CV 07554 |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, N.A., | Judge John W. Darrah |
| Defendants. | |

### ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that the claims of the plaintiff, Lois Markoff, are hereby dismissed with prejudice, and without costs. Any rights of members of the proposed, uncertified class are unaffected by this order. The claims of the plaintiff, Lois Markoff, having been disposed of with prejudice without class certification being granted, the case is completely disposed of and the clerk shall close this file.

Dated this 6th day of July, 2011.

BY THE COURT:

_____
Honorable John W. Darrah
District Judge